WRIGHT STEAM ENGINE WORKS, Appellant, *v.* GEORGE W. McADAM, Respondent.

*Wright Steam Engine Works* v. *McAdam,* 113 App. Div. 872, affirmed.
(Argued December 10, 1907; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1906, affirming a judgment in favor of defendant entered upon the report of a referee in an action of replevin.

*Charles De Hart Brower* for appellant.

*Harlan F. Stone* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

LOUISA M. WILSON, as Administratrix of the Estate of RAYMOND OCHSNER, Deceased, Appellant, *v.* THE NEW YORK MILLS, Respondent.

*Wilson* v. *New York Mills,* 113 App. Div. 889, affirmed.
(Argued December 10, 1907 ; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Edwin H. Risley* and *M. H. Sexton* for appellant.

*William Kernan* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Taking no part : HISCOCK, J.